# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**O'BRIAN OAKLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-953

[July 13, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 12-11456CF10A.

O'Brian Oakley, Mayo, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

KLINGENSMITH, C.J., MAY and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***